In the Matter of Lillian Nerenstone, Respondent. Jay L. Rothschild, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

∎

In the Matter of Allen Boretz, Respondent, against Arnel Holding Corp. et al., Appellants.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

∎

In the Matter of Morris Shoenthal, Inc., Appellant. Deering, Milliken & Co., Inc., Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

∎

In the Matter of Metropolitan Lumber Dealers Associates, Inc., Respondent. Anthony Duffy, as Treasurer of Truck Drivers, Chauffeurs and Helpers Local No. 282, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

∎

Harold W. Ungerleider, Judgment-Creditor-Respondent, v. Robert F. Butler, Judgment-Debtor-Appellant, and William A. Butler, Third-Party Appellant.— On the facts disclosed there should be no summary turnover. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

∎

Seamprufe, Inc., Appellant, v. Easton Industrial Corporation, Respondent, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.